FILED
AUG 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UJUCHRIS OKEREH
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128
301-768-7698
----- VS -----

DR. DONALD C. WINTER, SECRETARY
DEPARTMENT OF THE NAVY
1000 NAVY PENTAGON
WASHINGTON, DC 20350

Case: 1:07-cv-01552
Assigned To : Leon, Richard J.
Assign. Date : 8/31/2007
Description: Employ. Discrim.

JURY ACTION

## COMPLAINT

I, Ujuchris Okereh, reside at 12107 Woodwind Lane, Mitchellville, MD 20721.

The Department of the Navy is a federal government employer in Washington, DC. and with headquarters office at 1000 Navy Pentagon, Washington, DC 20350. The Department of the Navy secretary is Hon. Dr. Donald C. Winter.

This complaint was originally filed on May 07, 2007, to the attention of: Nancy Mayer Whittington, Clerk, U.S. District Court, Washington, DC. and was returned as "Leave to fife is DENIED". (Copies attached).

I was advised in person at the court that I may refiled with applicable fee if still interested.

I am therefore refilling my complaint with the applicable fee and as stipulated in the Rev. 4/06, Pro Se Pd./, Attorney.

For several years prior to March 03, 2006, I was employed by the Department of the Navy, tenured and as a Logistics Management Specialist, GS-0346-13, Deputy Head LPO-2, since February 2004 until March 03, 2006 at its headquarters, U.S. Marine Corps, #2 Navy Annex, Washington, DC 20380-1775 facility.

For known years in my life in the United States of America, I as a black man have never experienced directly or indirectly of any kind of discrimination in a work environment until few months after I started working with the US Marine Corps, and it began when then Maj. Rudolf

Webbers came on board to work with me at the headquarters, U.S. Marine Corps, #2 Navy Annex, Washington, DC 20380-1775 facility.

I filed grievance with the agency Equal Employment Opportunity Commission Counselor on January 31, 2006

I filed appeal to the Merit System Protection Board, March, 2006

I filed charges with the Equal Employment Opportunity Commission on April 13, 2006

"Complaint's Right to File a Civil Action (P0900)" received and dated February 08, 2007 (Attached)

### The beginning of the discrimination

This issue started when Maj. Rudolf Webbers was transferred to LPO-2 as the Head of the unit on or about July/August 2004. He showed/exhibited to me his facial and behavioral disliking upon arrival. I never had taken it to be serious until he began talking to me in a derogative and sarcastic manner and eventually putted them in writing on August 25, 2004, 8:18pm.

When I responded to his email, copied to some senior officers he began to exhibit his real discriminative behaviors in various ways such as no longer wanted to attend some meetings with me internal and external that I have been exposed to prior to his coming to the unit, showed no interest to my informing him of ongoing activities or to share work related information with me, began to assign me with either overload, poor load or unnecessary task. During this period, the seniors made arrangement to transferring me to LPV to make peace but to my surprise I was kept in my original LPO-2 unit probably due to my being vital to handling the budget and appropriation fund or with the trick to keeping me there for more humiliation.

From the first time I came on board, I never received a single training that related to my duties. After my one year service in section, I was to receive a Star pin in recognition which never happened.

I received mail that reviled to me and spoke with the lady on phone about the Star Pin. There were denials of trainings that were stipulated in my Individual Development Plans (IDP) while there were funding to cover. Maj. Rudolf Webbers, during his time as the Head denial me of attending budgeting and fiscal conferences even though it was my area as a Budget and Fiscal

2

Officer he will refuse me at the last minutes to travel. Several times he has asked me to cancel Budget and Fiscal conference without a genuine reason and criticizing some members of the committee (I usually advice him to do the cancellation in his own authority). I was kept in total darkness.

I, Ujuchris Okereh is black and of Nigerian origin. During my employment with the Department of the Navy, my unit head, Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman persistently and throughout the course of my employment, engaged in a United States constitutional non acceptable behavior in practicing and exhibiting discrimination act against me at work-place based on my race, skin color, and national origin. I was also the only person of Nigerian or African origin, the only person to whom English was a second language, and the only black civilian employee in the office where Lt.Col. Rudolf Webbers, Lt.Col. David J. Eskelund, Lt.Col. Robert Freeman, Mr. Joseph Kusior (Ret. Col.), (Deputy Head LPO), Col. John W. Simmons (Head LPO), Mr. Victor Splan (Contractor employee of Decision Engineering LLC., with LPO-2 unit) exhibited their discriminative behaviors against me.

## Exclusion and Ostracism from Workplace Social Functions and Casual Interactions with Co-Workers

During my employment with the Department of the Navy, I was consistently and deliberately ostracized and excluded from most social functions in the workplace, as well as made to feel that my presence in the office and casual conversations with colleagues was unwelcome. Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman frequently socialized with others and with each other, but never and hardly acknowledged my presence nor conversations. In fact, Lt.Col. David J. Eskelund would not even respond to my salutations or greetings, while he always acknowledging and exchanging pleasantries with the rest of the office.

Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman would often ignore me when I attempted to participate in casual conversations with other employees. On several occasions, Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman would deliberately cut me off or would say "What do you know" in the presences of people and in response to my comments.

I was also deliberately excluded from participation in the office holiday gift exchange, commonly known as "Secret Santa". While everyone else in the office was notified of the party and assigned a role in the gift exchange, I was not included.

My past work record evidences an ability to get along well with other co-workers and participated socially in the workplace of diversified culture. I served as a Volunteer with the United States Peace Corps in a country of 100% plus white and as the only black amongst my entire American colleagues for two full years with exemplified and excellent volunteer that represented the United State well to receiving an "Outstanding Service US Peace Corps Award" from President William Jefferson Clinton.

Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman encouraged, through their own behavior, an exclusion of my very self from the collegial and occasionally informal atmosphere of the office on the basis of my race, skin color and national origin.

## Unwarranted Grammatical and Spelling Revision

On at least one occasion Lt.Col. David J. Eskelund drafted and revised a document in his office, with me being present. Lt.Col. Robert Freeman would then proceed to make horrible and excessive revisions of grammar, and make stylistic changes to the wording of the document, not realizing that the document was the product of Lt.Col. David J. Eskelund's effort as well, and not solely that of mine. The excessive revisions were unwarranted since Lt.Col. David J. Eskelund, a proficient English speaker, drafted the document, and therefore, they were made solely as a result of Lt.Col. Robert Freeman's attitude towards Mr. Ujuchris Okereh Nigerian origin.

## The Proposal for Removal is Unwarranted and Itself, Discrimination

The removal itself constitutes an application of a different standard to me because of my race and my national origin, than to other employees. Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman often took issue with my grammatical and spelling errors in my emails and memorandums. My professional strengths are not grounded in my English grammar and spelling skills, but this is also not a prerequisite of my position. In fact, My accent was obvious to the

interviewing committee that recommended me for the position, and they never asked me to provide a writing sample to demonstrate an error free ability to draft documents in the English language.

Certainly, Lt.Col. David J. Eskelund has had to make corrections on other employees' and if Lt.Col. Robert Freeman's unwitting revision of Lt.Col. David J. Eskelund's work is any indication, grammar and stylistic arrangements of words are often objective to the drafter. Same Lt.Col. Robert Freeman not knowing that he is a human being one time after attending a meeting called by the Deputy Director misreported information to the entire unit without being reprimanded. The Proposal for Removal based on the linguistic mistakes made by me, due to English skills, is motivated by purely discrimination based on race, skin color and national origin.

### Mockery of Accent

On at least one occasion, Lt.Col. Robert Freeman would enter Lt.Col. David J. Eskelund's office, shut the door, and speak in a way intended to imitate and mock my mother tongue accent. My office work-space was located adjacent to Lt.Col. David J. Eskelund's office and will clearly hear Lt.Col. Robert Freeman and Lt.Col. David J. Eskelund laughing at my expense. The mockery of my accent by Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman is a specific example of pure discrimination against me on the basis of my race, skin color and national origin.

### Meeting on or about June, 2005

On or about June, 2005, Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman called I Ujuchris Okereh into his office to tell me that they will be giving me an unacceptable review and to let me know that they are not comfortable with me and do not want to work with me and that they advice me to resign my employment.

### Hostile Work Environment

1. Very tense atmospheric working environment exhibited by Lt.Col. David J. Eskelund, Lt.Col. Robert Freeman and others mentioned above

5

2. Direct threats by LtCol. David J. Eskelund during one on one meeting.
3. Unacceptable cartoon with racial threats placed on desk
4. Unacceptable facial and racial look Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman
5. Daily racial remarks Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman
6. Daily mockery of accent or work product Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman
7. Daily playing of racial songs and or comedian racial comment by Lt.Col. Robert Freeman to the hearing of almost all in the area.
8. Daily loud playing of Islamic call to prayer song by Lt.Col. Robert Freeman to the extent that a white female employee boldly cautioned him that such behavior is not acceptable in any manners while the bosses heard it and enjoyed it always.
9. Unnecessary castigations or outbursts by Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman.
10. Continuous threats on minor incidents by Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman
11. Environment became so tense that it affected my health and productivity
12. Unfair appraisal of work by Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman
13. Hanging of Arabic/Islamic Turban on the corner of my cubicle by Lt.Col. Robert Freeman.
    Etc, etc.

On March 03, 2006, The Department of the Navy discharged me, Ujuchris Okereh from employment with the department. The Department of the Navy's discharge of Ujuchris Okereh was motivated purely and basis of discrimination and as a Whistle Blower.

**Sufferings**

My family and I are not happy with unlawful termination of my employment after eight years of successful tenure service with the Federal government without committing any offence or crime that warrants such a decision.

I now deal with stress everyday of my life. My emotional stress is immeasurable and unbearable. My body reacts to stress in physical ways such increased heart rates and high blood pressure

6

coupled with others to run from or do battle with contemplating, flight reactions to stress resulting in reactions of pain, anxiety, and other less obvious conditions, such as heart disease and digestive problems.

I really feel like being trapped, like there's nowhere to turn, worry excessively and can't concentrate and the way I feel affects my life and family behaviors such as sleep, eating habits, relationships - my everyday life is miserable.

My mind is full of thoughts like these - and more. Many moments of my life, I even feel like am losing part of my mind: I feel very bad. Mentally and health wise, losing a job is one of life's biggest stressors especially a family of nine (9). How will I pay my bills? How will I face my family? Will I ever find another job? Significantly raises the probability of getting divorced and all what more. My feelings range from mild distress to devastation. My feelings change daily, whatever they are, may change frequently or different way for a long time.

The following words are regular and have become part of my life: Overwhelmed, Tense, Sad, Dull, Tired, Hurt, Guilty, Moody, Disgusted, Demoralized, Irritable, Disbelieving, Anxious, Confused, Distracted, Angry, Resentful, Vindictive, Frustrated, Depressed, Negative, Shaky, Powerless, Immobilized, Embarrassed, Humiliated, Obsessed, Panicky, Worried, Trapped, Stupid, Pessimistic etc...ALL caused by few individual power mongers with discriminative behaviors.

Lt.Col. David J. Eskelund proposed removing me from the Federal Civil Services without undermining the integrity and credibility of department that we all serve at the time of peace or war of various kinds. Lt.Col. David J. Eskelund disregard of the truth in making false and unexpected accusations and insinuations in public documents without giving the accused resource to defense does more to undermine the integrity and credibility of the Department of the Navy – U.S. Marine Corps than unacceptable performance crime committed by me as it looked like in the face, mind and decision of Lt.Col. David J. Eskelund and his accomplice without fairly and clearly justifiable reasons.

I clearly perceive this document to be functioning in the purpose and usage as unwanted even if not in name.

## Relief

Since I have done nothing to necessitate Lt.Col. David J. Eskelund's proposal, fair justice I plead for your intervention. However, in doing justice you must accept before God for your actions.

I therefore pray that God will grant you the liberty in Christ that produces the fruit of Spirit (Gal. 5:22-23) rather than continue the labor that produces the works of the flesh (Gal. 5:19-21) for a decision well to be taken.

I therefore ask this court of laws of our beloved land seeking the sum of Fifteen Million Dollars ($15,000,000.00) plus all court cost in reward of my stated sufferings above, reinstate me to my Logistics Management Specialist, GS-0346-13, Deputy Head LPO-2 position with current promotion GS-0346-13 step, and or all applicable, and request for a trail by jury.

_____        Date:_____, _____, 2007
Ujuchris Okereh
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 19848
Washington, D.C. 20036

Ujuchris Okereh,
Complainant,

v.

Dr. Donald C. Winter,
Secretary,
Department of the Navy,
Agency.

Request No. 0520070226

Appeal No. 0120063850
Agency No. 06-00027-00742

### DENIAL

Complainant timely requested reconsideration of the decision in *Ujuchris Okereh v. Department of the Navy*, EEOC Appeal No. 0120063850 (November 20, 2006). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request.[1] The decision in EEOC Appeal No. 0120063850 remains the

---

[1] On request, complainant indicates that he did not make an informed election to file an appeal with the Merit Systems Protection Board (MSPB) rather than file an EEO complaint. However, where an aggrieved person pursues his claim in both the EEO and Merit Systems Protection Board (MSPB) forums, the adjudication of the case on the merits by the MSPB is tantamount to an election of remedies. *Sink v. United States Postal Service*, EEOC Appeal No. 01975674 (September 23, 1999), *Khera v. Department of Defense (Defense Logistics Agency)*, EEOC Request No. 05920280 (April 23, 1992). On November 3, 2006, the MSPB issued an initial decision upholding complainant's removal and finding no race, color, and national origin discrimination. This was the same claim in complainant's EEO complaint. Accordingly, complainant is deemed to have made an election.

**FILED**

07 1552        AUG 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2                                                              0520070226

Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

### COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

### RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

FEB 0 8 2007
_____
Date

3                                                                   0520070226

## CERTIFICATE OF MAILING

For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed. I certify that this decision was mailed to the following recipients on the date below:

Ujuchris Okereh
12107 Woodwind Lane
Mitchellville, MD 20721-4128

A.P. Pishevar
Pishevar & Associates, P.C.
600 East Jefferson St., Suite 316
Rockville, MD 20852

William A. Navas Jr., Asst. Secretary, MRA/EEO
(NAVOECMA) OCHR Code 015
Department of the Navy
614 Sicard St., SE #100
Washington Navy Yard, DC 20374-5072

FEB 0 8 2007
_____
Date

_____
Equal Opportunity Assistant

# UNITED STATES DISTRICT COURT

District of   COLUMBIA

UJUCHRIS OKEREH
12107 WOODWIND LN
MITCHELLVILLE, MD 20721-4128
                        Plaintiff

V.

DR. DONALD C. WINTERS
SECT. DEPT OF THE NAVY
1000 PENTAGON, WASHINGTON, DC 20350
                        Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, UJUCHRIS OKEREH  declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? _____ Do you receive any payment from the institution? _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   2006, MARCH 03

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment      ☐ Yes   ☒ No
   b. Rent payments, interest or dividends               ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes   ☒ No
   d. Disability or workers compensation payments        ☐ Yes   ☒ No
   e. Gifts or inheritances                              ☐ Yes   ☒ No
   f. Any other sources                                  ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
MAY - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07 1552

FILED
AUG 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNEMPLOYMENT FOR 26 WEEKS IN 2006
$330.00 PER WEEK for 26 weeks.

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.  $9.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   12107 WOODWIND LN
   MITCHELLVILLE
   MD 20721-4128     } HOME
   VALUE: $880K

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   JUSTINA OKEREH — SPOUSE
   EMEKA              ✓   SON             U II OKEREH SON  ✓
   NNAMDI             ✓   ✓               N                ✓   DAUGHTER
   U I                ✓   ✓
   AMAKA              ✓   DAUGHTER        T                ✓

I declare under penalty of perjury that the above information is true and correct.

05/07/07                          [signature]
_____                   _____
    Date                          Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| Colleen Kollar-Kotelly  5/21/07<br>United States Judge          Date | <br>United States Judge          Date |

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS** UJUCHRIS OKEREH

**DEFENDANTS** DR. DONALD C. WINTER SECRETARY, DEPT. OF THE NAVY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF P. George's
(EXCEPT IN U.S. PLAINTIFF CASES) 88887

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
12107 WOODWIND LN
MITCHELLVILLE
MD 20721-4128

Case: 1:07-cv-01552
Assigned To : Leon, Richard J.
Assign. Date : 8/31/2007
Description: Employ. Discrim.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZEN
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State |  |  | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)** OR **☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ☐ G. Habeas Corpus/ 2255 | ☒ H. Employment Discrimination | ☐ I. FOIA/PRIVACY ACT | ☐ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. Labor/ERISA (non-employment) | ☐ L. Other Civil Rights (non-employment) | ☐ M. Contract | ☐ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000
DISCRIMINATION: RACE, COLOR, NATIONAL ORIGIN & UNLAWFULL EMPT. TERMINATION

VII. REQUESTED IN COMPLAINT  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  DEMAND $ _____  Check YES only if demanded in complaint JURY DEMAND ☒ YES ☐ NO

VIII. RELATED CASE(S) IF ANY  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 8/31/07   SIGNATURE OF ATTORNEY OF RECORD  _[signature]_

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd