UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UJUCHRIS OKEREH
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128

----- VS -----

CIVIL ACTION NO.: 1:07-CV-01552

DR. DONALD C. WINTER, SECRETARY
DEPARTMENT OF THE NAVY/USMC
1000 NAVY PENTAGON
WASHINGTON, DC 20350

## AFFIDAVIT OF SERVICE

I, Ujuchris Okereh, mailed the summons/complaint; hereby declare that on the 4th. Day of <u>September, 2007</u>. I mailed a copy of the summons and compliant, certified mail return receipt requested, to: DR. DONALD C. WINTER, Secretary, The Department of the Navy, 1000 Navy Pentagon, Washington, DC 20350. Attached hereto is the certified green card acknowledging service.

[Certified Mail Domestic Return Receipt (PS Form 3811) attached, addressed to Dr. Donald C. Winter, Secretary, Department of the Navy, 1000 Navy Pentagon, Washington DC 20350; signed by John Baker (Agent); Date of Delivery 10 SEP 07; Article Number 7007 0710 0003 3951 0456]

Date: September 21, 2007

Ujuchris Okereh
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UJUCHRIS OKEREH
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128

----- VS -----                             CIVIL ACTION NO.: 1:07-CV-01552

DR. DONALD C. WINTER, SECRETARY
DEPARTMENT OF THE NAVY/USMC
1000 NAVY PENTAGON
WASHINGTON, DC 20350

## AFFIDAVIT OF SERVICE

I, Ujuchris Okereh, mailed the summons/complaint; hereby declare that on the 4th. Day of September, 2007. I mailed a copy of the summons and compliant, certified mail return receipt requested, to: The U.S. Attorney for the District of Columbia, 501 Third Street, NW, Washington, DC 20001. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  SEP 10 2007   C. Date of Delivery |
| 1. Article Addressed to:<br>U. S. ATTORNEY<br>501 3RD STREET, NW<br>WASHINGTON<br>DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0003 3951 0449 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Date: September 21, 2007

Ujuchris Okereh
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UJUCHRIS OKEREH
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128

----- VS -----  CIVIL ACTION NO.: 1:07-CV-01552

DR. DONALD C. WINTER, SECRETARY
DEPARTMENT OF THE NAVY/USMC
1000 NAVY PENTAGON
WASHINGTON, DC 20350

## AFFIDAVIT OF SERVICE

I, Ujuchris Okereh, mailed the summons/complaint; hereby declare that on the 4th. Day of September, 2007. I mailed a copy of the summons and compliant, certified mail return receipt requested, to: The U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 0 7 2007   9/7/07 |
| 1. Article Addressed to:<br>U.S. ATTORNEY GEN'L<br>D.O.J.<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON<br>DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0003 3951 0432 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

_____  Date: September 21, 2007
Ujuchris Okereh
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128