UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UJURCHRIS OKEREH ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-1552(RJL) |
| ) | |
| DR. DONALD WINTER, ) | |
| Secretary of the Navy ) | |
| ) | |
| ) | |
| _____ ) | |

**JOINT STATUS REPORT PURSUANT TO LOCAL RULE 16.3**

**Preliminary Issues**

Plaintiff Ujurchris Okereh is proceeding pro se in this civil action. On January 31, 2008, this Court ordered the parties to submit a Joint Meet and Confer Statement addressing topics listed in Local Civil Rule 16.3( C) and a proposed scheduling order in accordance with Rule 16.3 by February 15, 2008. On February 1, 2008, the undersigned counsel mailed a letter to Mr. Okereh asking that he contact the undersigned counsel so that a "meet and confer" meeting can be arranged. On February 7, 2008, the parties met at the United States Attorney's Office and discussed the topics mentioned in Rule 16.3( C). Pursuant to Local Rule 16.3, the parties submit this status report.

**Statement of the Case**

Mr. Okereh states that he was wrongly terminated from his job at the Department of the Navy because of discrimination and being a whistle blower. Specifically, Mr. Okereh claims that race, nationality and color were the reasons for his termination and not based on unsatisfactory work performance as claimed by Defendant. Defendant states that unsatisfactory work performance was the reason for job termination, and not discrimination.

**Rule 16.3 Topics**

    1.      **Status of Depositive Motions**

Defendant feels that the case is likely to be deposed of by a dispositive motion. Mr. Okereh disagrees. Defendant informed Mr. Okereh that Defendant intends to file a motion for lack of subject matter jurisdiction because Defendant believes that the Complaint was not timely. Mr. Okereh intends to file a motion in opposition to Defendant's motion. Defendant anticipates filing the pre-discovery dispositive motion pursuant to Rule 12(b)(6) or/and 56 of the Federal Rules of Civil Procedure by April 10, 2008. Mr. Okereh will file an opposition by April 24, 2008.[1] Defendant will file its reply to Mr. Okereh's opposition by May 5, 2008.

    2.      **Amended Pleadings**

The parties do not intend to amend the pleadings or be joined by other parties.

    3.      **Assignment to Magistrate Judge**

The parties do not consent to the assignment of this case to a magistrate judge.

    4.      **Settlement Possibility**

Settlement is a possibility but not at this early stage of the litigation.

    5.      **Alternative Dispute Procedures**

The parties feel that mediation may be appropriate post-discovery.

    6.      **Summary Judgment**

Defendant believes a summary judgment motion, other than the pre-discovery dispositive

---

[1] Plaintiff stated that he wanted only two weeks to respond to the motion, however, undersigned counsel informed Plaintiff that he may have longer than two weeks to file his response, if necessary.

motion for lack of subject matter jurisdiction, may be appropriate after discovery has been completed. Defendant proposes that dispositve motions be due 60 days after the close of discovery, any opposition due 30 days later, and any reply due 20 days later.

7. **Initial Disclosures**

The parties request that the parties make initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) within 30 days after the Court has issued its ruling on Defendant's pre-discovery dispositive motion.

8. **Discovery**

The parties propose that discovery be completed within 150 days from the date that the Court issues its decision on Defendant's pre-discovery dispositive motion. The parties believe that discovery matters, including limitations placed on discovery, should be governed by the Federal Rules of Civil Procedure and the Rules of the United States District Court for the District of Columbia. Specifically, Defendant believes that twenty-five (25) interrogatories and seven (7) depositions per party will be sufficient.

9. **Experts**

The parties have not made a decision whether expert witnesses may be necessary at this time. The parties propose that any experts be designated no later than thirty (30) days after the commencement of discovery, and that any rebuttal experts be designated no later than fifteen (15) days thereafter. The parties propose that all other requirements of Fed.R.Civ.P. 26 regarding experts should apply.

10. **Bifurcation of Discovery or Trial**

The parties do not see a need for bifurcation at this time.

11. **Proposed Date for The Pretrial Conference**

The parties believe that a pretrial conference should be scheduled following the Court's rulings on any post-discovery dispositive motion.

12. **Trial Date**

The parties believe that the Court should schedule a trial date at the pretrial conference.

Dated: February 15, 2008

                                                          Respectfully Submitted,

/s/_____  /s/_____
Ujuchris Okereh                     JEFFREY A. TAYLOR, D.C. BAR # 498610
Plaintiff                                   United States Attorney
                                                          /s/_____
                                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                          Assistant United States Attorney

                                                          /s/_____
                                                          BLANCHE L. BRUCE D.C. BAR # 960245
                                                          Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing <u>Joint Status Report</u>  <u>Report Pursuant to Local Rule 16.3</u> was made by e-mail <u>and</u> first class, postage prepaid mail, this th day of February 15 2008 to:

Ujuchris Okereh
12107 Woodwind Lane
Mitchellville, Maryland 20721

/s/_____
Blanche L. Bruce
Assistant United States Attorney

`                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UJURCHRIS OKEREH** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 07-1552(RJL) |
| ) | |
| **DR. DONALD WINTER,** ) | |
| **Secretary of the Navy** ) | |
| ) | |
| ) | |
| _____ ) | |

**ORDER**

UPON CONSIDERATION of Joint Status Report, it is on this ___ day of

_____, 2008,

ORDERED that Defendant will have until April 10, 2008, to file its pre-discovery motion, the Plaintiff will have until April 24, 2008, to respond and Defendant will have until May 5, 2008 to file any reply.

                                              _____
                                              United States District Judge