IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UJUCHRIS OKEREH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1552 (RJL) |
| ) | |
| ) | |
| DONALD C. WINTER, ) | |
| SECRETARY OF THE NAVY ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S NOTICE OF ERRATA CONCERNING THE CAPTION OF ITS
MOTION FOR SUMMARY JUDGMENT**

Defendant, Donald C. Winter, Secretary of the Navy, in his official capacity, hereby files this Notice of Errata Concerning its Motion for Summary Judgment. The caption of the motion was missing from its summary judgment motion which was filed on April 9, 2008. Defendant hereby amends its motion to add the caption "Motion for Summary Judgment."

Attached as Exhibit A is the Motion for Summary Judgment with a caption on it.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530

Dated: April 10, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion for Summary Judgmentwere made by e-mail <u>and</u> mail via first class postage, this 10th April 2008 to:

Ujuchris Okereh
12107 Woodwind Lane
Mitchellville, Maryland 20721

/s/_____
Blanche L. Bruce
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UJUCHRIS OKEREH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1552 (RJL) |
| | ) |
| | ) |
| DONALD C. WINTER, | ) |
| SECRETARY OF THE NAVY | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56, Defendant moves for summary judgment because Plaintiff did not file his Complaint within 90 days after the final agency decision. In support, Defendant submits a memorandum of points and authorities, a statement of material facts not in dispute, accompanying exhibits, and a proposed order. Plaintiff, *pro se*, should take notice that any factual assertions contained in the statement and other attachments in support of Defendant's motion may be accepted by the Court as true, unless Plaintiff submits his own affidavit, declaration, or other documentary evidence contradicting the assertions in Defendant's attachments. See Neal v. Kelly, 963 F.2d 453 (D.C.Cir. 1992).

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

**EXHIBIT A**

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530

Dated: April 10, 2008


**CERTIFICATE OF SERVICE**


     I HEREBY CERTIFY that service of the foregoing Motion for Summary Judgment were made by e-mail and mail via first class postage, this 10th April 2008 to:

Ujuchris Okereh
12107 Woodwind Lane
Mitchellville, Maryland 20721


/s/_____
Blanche L. Bruce
Assistant United States Attorney