**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UJUCHRIS OKEREH, Plaintiff**<br>**12107 WOODWIND LANE**<br>**MITCHELLVILL**<br>**MD 20721-4128**<br><br>`- - - - -` **VS** `- - - - -`<br><br>**DR. DONALD C. WINTER, Secretary**<br>**DEPARTMENT OF THE NAVY**<br>**1000 NAVY PENTAGON**<br>**WASHINGTON, DC 20350** | )<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO.: 07-1552 (RJL)**<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

COMES NOW, Plaintiff Ujuchris Okereh, entered a response in the subject matter of "Motion for summary judgment" from the defendant that was filed on or about April 09, 2008, in the said district court above and asks the court to completely deny for a summary judgment by the defendant.

There is no evidence enough in the record to support a decision in favor of the defendant for at least the equity portion of this case terminating the Plaintiff's employment for no justifiable reasons.

Defendant terminating Plaintiff's employment is basically out of order, hate rate, discriminative, racial motives and ALL words that associate these acts and irrational and unwarranted unlawful behavior by the defendant and is not in any way to support the defendant's motion.

As stated and according to defendant's motion for summary judgment, first paragraph, alleged in Pursuant to Fed.R.Civ.P. 56, this is same mal behavior of defendant towards Plaintiff during his employment and as sited above. Plaintiff from the very day of case has being filing all documents on time or within periods specified

**RECEIVED**

MAY **1 6** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

by all concerned authorities. That because the defendants have attempted to defraud this court by covering the truth of not timely in Plaintiff's filing Complaint, that they should be sanctioned by having their motions be stricken out.

Plaintiff states as follows:

On or about May 07, 2007, Plaintiff filed this case, stamped received on May 7, 2007at the U. S, District Court – with "Application to proceed without prepayment of fees and affidavit" promptly due to Plaintiff being unemployed. Sometime in August 2007, Plaintiff received complaint by mail that the "Application to proceed without prepayment of fees and affidavit" was denied. Plaintiff went back to the court to verify what next to do and was advised in person at the court that he may re file with the applicable fee if still interested. Plaintiff went further and refilled complaint with applicable fee and as stipulated in the Rev. 4/06, Pro Se Pd./, Attorney.

When Lawyers Lie like in this case and after knowing that Plaintiff follows filing systems as applicable but by mere intimidation claiming that "Pursuant to Fed.R.Civ.P. 56, Defendant moves for summary because Plaintiff did not file his Complaint within 90 days after the agency final decision." And further, "Plaintiff filed his civil action in District Court on August 31, 2007 (Docket No. 1), more than 200 days after the final agency decision." All these were mere Lawyers of defendant lying. In covering their lie, upon all the exhibits of document to claiming their support, the defendant lawyers fail to attach Plaintiff's original filed complaint which was filed on time, received and stamped (Please see Plaintiff's' original filed Complaint) on May 07, 2007.

ATTACHMENTS:

A      Plaintiff's Complaint May 07, 2007/August 31, 2007

B      EEOC Request No. 0120063850

C      MSPB Form 185, 5 C.F.R. Parts 1201, 1208 and 1209

D      Application to proceed without prepayment of fees and Affidavit

E      OCPM, "FORMAL COMPLAINT OF DISCRIMINATION"

F      STANDARD FORM 50-B (03-06-2006, 02-22-04 X 2)

Plaintiff, further request the court for all involved depositions with the EEOC office,

Headquarters, United States Marine Corps prior to March 03, 2006 with Joyce Perry,

EEO Counselor.


Plaintiff, further request the court the depositions of the Plaintiff with:
Lt. Col. Thomas A. Damish
Department of the Navy
HQMC (Code CL) Pentagon 4E468
3000 Marine Corps Pentagon
Washington, DC 20350-3000

And the defendants' depositions with:
A.P. Pishevar, Esq.
Y. Shleyner, Esq.
600 East Jefferson Street, Suite 316
Rockville, MD 20852

Plaintiff, in fact, request to sought contempt of court sanctions against the defendant

seeking: to strike defendant's baseless motion for summary judgment pleadings

pursuant to Fed. Rule, after knowing that Plaintiff's Complaint was timely filed. It is

clear from the record that the depositions interrogatories and facts will not be

disputed when it is made available to this court. These and more facts will be known

to this court from the court records and is undeniable. That the defendants have

never denied these facts and never will they deny them. All the truth will prevail.

And there is sufficient facts to establish premeditated and preplanned behaviors of the defendant to terminate Plaintiff's employment which is basically out of order, hate rate, discriminative, racial motives and ALL words that associate these acts and irrational, unwarranted and unlawful behavior by the defendant, purely and in the basis of discrimination and as a Whistle Blower. This is not in any way to support the defendant's motion.

Plaintiff asks the court for a hearing/trail and that ALL the truth will be made available. Plaintiff will prove to the court that his employment was terminated unlawfully, by conspiracies and because Plaintiff was a "Whistle Blower" just because Plaintiff was endeavoring to protecting the government from the individuals plots to defrauding the department.

Plaintiff further states that on several occasion the defendant set him up but the answers and responses proved that Plaintiff is not a criminal of any kind, never a criminal and  did not commit a crime or fraud that warranted his employment termination by the defendant. Plaintiff asks that the defendants be brought to justice as they were the ones that needed to be terminated and served with true justice. In this respect, the defendant's tampered with the administration of place of employment and common justice and unlawfully terminated a citizen's employment without no crime or fraud. There are no facts that demonstrate the existence of a genuine issue of material fact and thus summary judgment is not appropriate nor acceptable.

On March 03, 2006, the Department of the Navy discharged Plaintiff, Ujuchris Okereh from employment with the department. The Department of the Navy's

4

discharged of Ujuchris Okereh was motivated purely and basis of discrimination and as a Whistle Blower.

Sufferings:

My family and I are not happy with unlawful termination of my employment after nine years plus of successful tenure service with the Federal government without committing any offence or crime that warrants such a drastic decision.

I now deal with stress everyday of my life. My emotional stress is immeasurable and unbearable. My body reacts to stress in physical ways such increased heart rates and high blood pressure coupled with others to run from or do battle with contemplating, flight reactions to stress resulting in reactions of pain, anxiety, and other less obvious conditions, such as heart disease and digestive problems.

I really feel like being trapped, like there's nowhere to turn, worry excessively and can't concentrate and the way I feel affects my life and family behaviors such as sleep, eating habits, relationships - my everyday life is miserable.

My mind is full of thoughts like these - and more. Many moments of my life, I even feel like am losing part of my mind: I feel very bad. Mentally and health wise, losing a job is one of life's biggest stressors especially a family of nine (9). How will I pay my bills? Our home not to mention dealing housing predicaments currently being devastated.... How will I face my family? Will I ever find another job? Significantly raises the probability of getting divorced and all what more. My feelings range from

5

mild distress to devastation. My feelings change daily, whatever they are, may change frequently or different way for a long time.

The following words are regular and have become part of my life: Overwhelmed, Tense, Sad, Dull, Tired, Hurt, Guilty, Moody, Disgusted, Demoralized, Irritable,

Disbelieving, Anxious, Confused, Distracted, Angry, Resentful, Vindictive, Frustrated, Depressed, Negative, Shaky, Powerless, Immobilized, Embarrassed,

Humiliated, Obsessed, Panicky, Worried, Trapped, Stupid, Pessimistic etc...ALL caused by few individual power mongers with discriminative behaviors.

Lt.Col. David J. Eskelund proposed removing me from the Federal Civil Services without undermining the integrity and credibility of department that we all serve at the time of peace or war of various kinds. Lt.Col. David J. Eskelund disregarded of the truth in making false and unexpected accusations and insinuations in public documents without giving the accused resource to defense does more to undermine the integrity and credibility of the Department of the Navy – U.S. Marine Corps than unacceptable performance crime committed by Plaintiff as it looked like in the face, mind and decision of Lt.Col. David J. Eskelund and his accomplice without fairly and clearly justifiable reasons and nothing but DISCRIMINATION in all bases.
I clearly perceive this document to be functioning in the purpose and usage as unwanted even if not in name.

Plaintiff asks this court has a duty to uphold the integrity of the judicial system and punish those who are caught committing unwarranted mal administrative behaviors in a place of employment.

Conclusion:

In this case all the facts are clear and in the record that Plaintiff has reliably served the federal government in a trust worthy and professional manners applicable. There is no other conclusion which may be drawn from these facts other than that the defendant committed unacceptable discriminative, racial motives, irrational, unwarranted, unlawful termination of employment upon a loyal abiding citizen of the United States.

A judge has a duty to uphold the integrity of the court and the constitution of the land. I think the revelation that there was no crime or fraud alleged against a tenured civil servant and never had any unsatisfactory performance and evaluation in the career service to receive this drastic measure is enough for this court to strike out and rule against defendant's motion to dismiss. Then trails would start and the defendant would then have to answer to justice.

So, if this court is comfortable with plaintiff's response to the summary judgment, Plaintiff request for a jury trail as stipulated in 07-1552 as applicable by Fed. Rule/Law or open to a peaceful and amicable settlement.

I would like to get on with this case. Also this case can be settled fairly quickly and amicably if this court will make the defendant's play by the Rules.

**WHEREFORE, Plaintiff prays for an order and relief of the court to:**

Since I have done nothing to necessitate Lt.Col. David J. Eskelund's proposal, fair

justice I plead for your intervention. However, in doing justice you must accept

before God for your actions.

I therefore pray that God will grant you the liberty in Christ that produces the fruit of

Spirit (Gal. 5:22-23) rather than continue the labor that produces the works of the

flesh (Gal. 5:19-21) for a decision well to be taken.

I therefore ask this court of laws of our beloved land seeking judgment as stipulated

in my Complaint, and in reward of my stated sufferings above, reinstatement to my

Logistics Management Specialist, GS-0346-13, Deputy Head LPO-2 position with

current promotion GS-0346-13 step, and or all applicable, and request for a trail by

jury as also file.


Ujuchris Okereh, Plaintiff
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128

Date: May 16, 2008

## **CERTIFICATE OF MAILIMG SERVICE**

*For service and timelines purposes, I hereby certify that I have timely responded to Motion for Summary Judgment in person and also have served the following recipients by mail on the date as appeared below:*

**Blanche L. Bruce, Esq.**
**Assistant United States Attorney**
**555 Fourth Street, N.W., Room E-4220**
**Washington, DC 20530**

**Ujuchris Okereh, Plaintiff**
**12107 WOODWIND LANE**
**MITCHELLVILL**
**MD 20721-4128**

**May 16, 2008**
**Date**

# ATTACHMENT
# A

FILED

AUG 3 1 2007

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UJUCHRIS OKEREH
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128
*301-768-7698*
----- VS -----

DR. DONALD C. WINTER, Secretary
DEPARTMENT OF THE NAVY
1000 NAVY PENTAGON
WASHINGTON, DC 20350

Case: 1:07-cv-01552
Assigned To : Leon, Richard J.
Assign. Date : 8/31/2007
Description: Employ. Discrim.

### COMPLAINT

I, Ujuchris Okereh, reside at 12107 Woodwind Lane, Mitchellville, MD 20721.

The Department of the Navy is a federal government employer in Washington, DC. and with headquarters office at 1000 Navy Pentagon, Washington, DC 20350. The Department of the Navy secretary is Hon. Dr. Donald C. Winter.

This complaint was originally filed on May 07, 2007, to the attention of: Nancy Mayer Whittington, Clerk, U.S. District Court, Washington, DC. and was returned as "Leave to fife is DENIED". (Copies attached).

I was advised in person at the court that I may refilled with applicable fee if still interested.

I am therefore refilling my complaint with the applicable fee and as stipulated in the Rev. 4/06, Pro Se Pd./, Attorney.

For several years prior to March 03, 2006, I was employed by the Department of the Navy, tenured and as a Logistics Management Specialist, GS-0346-13, Deputy Head LPO-2, since February 2004 until March 03, 2006 at its headquarters, U.S. Marine Corps, #2 Navy Annex, Washington, DC 20380-1775 facility.

For known years in my life in the United States of America, I as a black man have never experienced directly or indirectly of any kind of discrimination in a work environment until few months after I started working with the US Marine Corps, and it began when then Maj. Rudolf

*1*

Webbers came on board to work with me at the headquarters, U.S. Marine Corps, #2 Navy Annex, Washington, DC 10380-1775 facility.

I filed grievance with the agency Equal Employment Opportunity Commission Counselor on January 31, 2006

I filed appeal to the Merit System Protection Board, March, 2006

I filed charges with the Equal Employment Opportunity Commission on April 13, 2006

"Complaint's Right to File a Civil Action (P0900)" received and dated February 08, 2007 (Attached)

### The beginning of the discrimination

This issue started when Maj. Rudolf Webbers was transferred to LPO-2 as the Head of the unit on or about July/August 2004. He showed/exhibited to me his facial and behavioral disliking upon arrival. I never had taken it to be serious until he began talking to me in a derogative and sarcastic manner and eventually putted them in writing on August 25, 2004, 8:18pm.

When I responded to his email, copied to some senior officers he began to exhibit his real discriminative behaviors in various ways such as no longer wanted to attend some meetings with me internal and external that I have been exposed to prior to his coming to the unit, showed no interest to my informing him of ongoing activities or to share work related information with me, began to assign me with either overload, poor load or unnecessary task. During this period, the seniors made arrangement to transferring me to LPV to make peace but to my surprise I was kept in my original LPO-2 unit probably due to my being vital to handling the budget and appropriation fund or with the trick to keeping me there for more humiliation.

From the first time I came on board, I never received a single training that related to my duties. After my one year service in section, I was to receive a Star pin in recognition which never happened.

I received mail that reviled to me and spoke with the lady on phone about the Star Pin. There were denials of trainings that were stipulated in my Individual Development Plans (IDP) while there were funding to cover. Maj. Rudolf Webbers, during his time as the Head denial me of attending budgeting and fiscal conferences even though it was my area as a Budget and Fiscal

2

Officer he will refuse me at the last minutes to travel. Several times he has asked me to cancel Budget and Fiscal conference without a genuine reason and criticizing some members of the committee (I usually advice him to do the cancellation in his own authority). I was kept in total darkness.

I, Ujuchris Okereh is black and of Nigerian origin. During my employment with the Department of the Navy, my unit head, Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman persistently and throughout the course of my employment, engaged in a United States constitutional non acceptable behavior in practicing and exhibiting discrimination act against me at work-place based on my race, skin color, and national origin. I was also the only person of Nigerian or African origin, the only person to whom English was a second language, and the only black civilian employee in the office where Lt.Col. Rudolf Webbers, Lt.Col. David J. Eskelund, Lt.Col. Robert Freeman, Mr. Joseph Kusior (Ret. Col.), (Deputy Head LPO), Col. John W. Simmons (Head LPO), Mr. Victor Spian (Contractor employee of Decision Engineering LLC., with LPO-2 unit) exhibited their discriminative behaviors against me.

## Exclusion and Ostracism from Workplace Social Functions and Casual Interactions with Co-Workers

During my employment with the Department of the Navy, I was consistently and deliberately ostracized and excluded from most social functions in the workplace, as well as made to feel that my presence in the office and casual conversations with colleagues was unwelcome. Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman frequently socialized with others and with each other, but never and hardly acknowledged my presence nor conversations. In fact, Lt.Col. David J. Eskelund would not even respond to my salutations or greetings, while he always acknowledging and exchanging pleasantries with the rest of the office.

Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman would often ignore me when I attempted to participate in casual conversations with other employees. On several occasions, Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman would deliberately cut me off or would say "What do you know" in the presences of people and in response to my comments.

3

I was also deliberately excluded from participation in the office holiday gift exchange, commonly known as "Secret Santa". While everyone else in the office was notified of the party and assigned a role in the gift exchange, I was not included.

My past work record evidences an ability to get along well with other co-workers and participated socially in the workplace of diversified culture. I served as a Volunteer with the United States Peace Corps in a country of 100% plus white and as the only black amongst my entire American colleagues for two full years with exemplified and excellent volunteer that represented the United State well to receiving an "Outstanding Service US Peace Corps Award" from President William Jefferson Clinton.

Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman encouraged, through their own behavior, an exclusion of my very self from the collegial and occasionally informal atmosphere of the office on the basis of my race, skin color and national origin.

### Unwarranted Grammatical and Spelling Revision

On at least one occasion Lt.Col. David J. Eskelund drafted and revised a document in his office, with me being present. Lt.Col. Robert Freeman would then proceed to make horrible and excessive revisions of grammar, and make stylistic changes to the wording of the document, not realizing that the document was the product of Lt.Col. David J. Eskelund's effort as well, and not solely that of mine. The excessive revisions were unwarranted since Lt.Col. David J. Eskelund, a proficient English speaker, drafted the document, and therefore, they were made solely as a result of Lt.Col. Robert Freeman's attitude towards Mr. Ujuchris Okereh Nigerian origin.

### The Proposal for Removal is Unwarranted and Itself, Discrimination

The removal itself constitutes an application of a different standard to me because of my race and my national origin, than to other employees. Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman often took issue with my grammatical and spelling errors in my emails and memorandums. My professional strengths are not grounded in my English grammar and spelling skills, but this is also not a prerequisite of my position. In fact. My accent was obvious to the

interviewing committee that recommended me for the position, and they never asked me to provide a writing sample to demonstrate an error free ability to draft documents in the English language.

Certainly, Lt.Col. David J. Eskelund has had to make corrections on other employees' and if Lt.Col. Robert Freeman's unwitting revision of Lt.Col. David J. Eskelund's work is any indication, grammar and stylistic arrangements of words are often objective to the drafter. Same Lt.Col. Robert Freeman not knowing that he is a human being one time after attending a meeting called by the Deputy Director misreported information to the entire unit without being reprimanded. The Proposal for Removal based on the linguistic mistakes made by me, due to English skills, is motivated by purely discrimination based on race, skin color and national origin.

### Mockery of Accent

On at least one occasion, Lt.Col. Robert Freeman would enter Lt.Col. David J. Eskelund's office, shut the door, and speak in a way intended to imitate and mock my mother tongue accent. My office work-space was located adjacent to Lt.Col. David J. Eskelund's office and will clearly hear Lt.Col. Robert Freeman and Lt.Col. David J. Eskelund laughing at my expense. The mockery of my accent by Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman is a specific example of pure discrimination against me on the basis of my race, skin color and national origin.

### Meeting on or about June, 2005

On or about June, 2005, Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman called I Ujuchris Okereh into his office to tell me that they will be giving me an unacceptable review and to let me know that they are not comfortable with me and do not want to work with me and that they advice me to resign my employment.

### Hostile Work Environment

1. Very tense atmospheric working environment exhibited by Lt.Col. David J. Eskelund, Lt.Col. Robert Freeman and others mentioned above

2. Direct threats by LtCol. David J. Eskelund during one on one meeting.

3. Unacceptable cartoon with racial threats placed on desk

4. Unacceptable facial and racial look Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman

5. Daily racial remarks Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman

6. Daily mockery of accent or work product Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman

7. Daily playing of racial songs and or comedian racial comment by Lt.Col. Robert Freeman to the hearing of almost all in the area.

8. Daily loud playing of Islamic call to prayer song by Lt.Col. Robert Freeman to the extent that a white female employee boldly cautioned him that such behavior is not acceptable in any manners while the bosses heard it and enjoyed it always.

9. Unnecessary castigations or outbursts by Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman.

10. Continuous threats on minor incidents by Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman

11. Environment became so tense that it affected my health and productivity

12. Unfair appraisal of work by Lt.Col. David J. Eskelund and Lt.Col. Robert Freeman

13. Hanging of Arabic/Islamic Turban on the corner of my cubicle by Lt.Col. Robert Freeman.
    Etc, etc.


On March 03, 2006, The Department of the Navy discharged me, Ujuchris Okereh from employment with the department. The Department of the Navy's discharge of Ujuchris Okereh was motivated purely and basis of discrimination and as a Whistle Blower.


**Sufferings**

My family and I are not happy with unlawful termination of my employment after eight years of successful tenure service with the Federal government without committing any offence or crime that warrants such a decision.


I now deal with stress everyday of my life. My emotional stress is immeasurable and unbearable. My body reacts to stress in physical ways such increased heart rates and high blood pressure

*6*

coupled with others to run from or do battle with contemplating, flight reactions to stress resulting in reactions of pain, anxiety, and other less obvious conditions, such as heart disease and digestive problems.

I really feel like being trapped, like there's nowhere to turn, worry excessively and can't concentrate and the way I feel affects my life and family behaviors such as sleep, eating habits, relationships - my everyday life is miserable.

My mind is full of thoughts like these - and more. Many moments of my life, I even feel like am losing part of my mind: I feel very bad. Mentally and health wise, losing a job is one of life's biggest stressors especially a family of nine (9). How will I pay my bills? How will I face my family? Will I ever find another job? Significantly raises the probability of getting divorced and all what more. My feelings range from mild distress to devastation. My feelings change daily, whatever they are, may change frequently or different way for a long time.

The following words are regular and have become part of my life: Overwhelmed, Tense, Sad, Dull, Tired, Hurt, Guilty, Moody, Disgusted, Demoralized, Irritable, Disbelieving, Anxious, Confused, Distracted, Angry, Resentful, Vindictive, Frustrated, Depressed, Negative, Shaky, Powerless, Immobilized, Embarrassed, Humiliated, Obsessed, Panicky, Worried, Trapped, Stupid, Pessimistic etc...ALL caused by few individual power mongers with discriminative behaviors.

Lt.Col. David J. Eskelund proposed removing me from the Federal Civil Services without undermining the integrity and credibility of department that we all serve at the time of peace or war of various kinds. Lt.Col. David J. Eskelund disregard of the truth in making false and unexpected accusations and insinuations in public documents without giving the accused resource to defense does more to undermine the integrity and credibility of the Department of the Navy – U.S. Marine Corps than unacceptable performance crime committed by me as it looked like in the face, mind and decision of Lt.Col. David J. Eskelund and his accomplice without fairly and clearly justifiable reasons.

I clearly perceive this document to be functioning in the purpose and usage as unwanted even if not in name.

## Relief

Since I have done nothing to necessitate Lt.Col. David J. Eskelund's proposal, fair justice I plead for your intervention. However, in doing justice you must accept before God for your actions.

I therefore pray that God will grant you the liberty in Christ that produces the fruit of Spirit (Gal. 5:22-23) rather than continue the labor that produces the works of the flesh (Gal. 5:19-21) for a decision well to be taken.

I therefore ask this court of laws of our beloved land seeking the sum of Fifteen Million Dollars ($15,000,000.00) plus all court cost in reward of my stated sufferings above, reinstate me to my Logistics Management Specialist, GS-0346-13, Deputy Head LPO-2 position with current promotion GS-0346-13 step, and or all applicable, and request for a trail by jury.

_____    Date:_____, _____, 2007
Ujuchris Okereh
12107 WOODWIND LANE
MITCHELLVILL
MD 20721-4128

# ATTACHMENT
# B



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Office of Federal Operations
### P. O. Box 19848
### Washington, D.C. 20036

Ujuchris Okereh,
Complainant,

v.

Dr. Donald C. Winter,
Secretary,
Department of the Navy,
Agency.

Request No. 0520070226

Appeal No. 0120063850
Agency No. 06-00027-00742

### DENIAL

Complainant timely requested reconsideration of the decision in *Ujuchris Okereh v. Department of the Navy*, EEOC Appeal No. 0120063850 (November 20, 2006). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request.[1] The decision in EEOC Appeal No. 0120063850 remains the

---

[1] On request, complainant indicates that he did not make an informed election to file an appeal with the Merit Systems Protection Board (MSPB) rather than file an EEO complaint. However, where an aggrieved person pursues his claim in both the EEO and Merit Systems Protection Board (MSPB) forums, the adjudication of the case on the merits by the MSPB is tantamount to an election of remedies. *Sink v. United States Postal Service*, EEOC Appeal No. 01975674 (September 23, 1999), *Khera v. Department of Defense (Defense Logistics Agency)*, EEOC Request No. 05920280 (April 23, 1992). On November 3, 2006, the MSPB issued an initial decision upholding complainant's removal and finding no race, color, and national origin discrimination. This was the same claim in complainant's EEO complaint. Accordingly, complainant is deemed to have made an election.

07 1552

FILED
AUG 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2                                    0520070226

Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

## RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

FEB 0 8 2007
_____
Date

3                                    0520070226

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.** I certify that this decision was mailed to the following recipients on the date below:

Ujuchris Okereh
12107 Woodwind Lane
Mitchellville, MD  20721-4128

A.P. Pishevar
Pishevar & Associates, P.C.
600 East Jefferson St., Suite 316
Rockville, MD  20852

William A. Navas Jr., Asst. Secretary, MRA/EEO
(NAVOECMA) OCHR Code 015
Department of the Navy
614 Sicard St., SE  #100
Washington Navy Yard, DC  20374-5072

FEB 0 8 2007
_____
Date

_____
Equal Opportunity Assistant

# ATTACHMENT

# C

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____    **District of**    COLUMBIA

UJUCHRIS OKEREH
12107 WOODWIND LN
MITCHELLVILLE, MD 20721-4428
                    Plaintiff

V.

DR. DONALD C. WINTERS
SECT. DEPT OF THE NAVY
OSD PENTAGON WASHINGTON, DC 20350
                    Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

**CASE NUMBER:**

I, __UJUCHRIS OKEREH__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent    ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?    ☐ Yes    ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    2006, MARCH 03

In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☒ Yes | ☐ No |

07 1552

**FILED**

AUG 31 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**
MAY – 7 2007

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

UNEMPLOYMENT FOR 26 WEEKS IN 2006
$330.00 PER WEEK for 26 weeks.

4. Do you have any cash or checking or savings accounts?   ☒ Yes      ☐ No

If "Yes," state the total amount. $9.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes      ☐ No

If "Yes," describe the property and state its value.

12107 WOODWIND LN
MITCHELLVILLE
MD 20721-4128        } HOME
VALUE: $880K.

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

JUSTINA OKEREH    SPOUSE
EMEKA    ✓    SON          U II    OKEREH  SON
NNAMDI    ✓    ✓           N      ✓        DAMENO
U I    ✓    ✓              T      ✓
AMAKA    ✓    DAUGHTER            ✓

declare under penalty of perjury that the above information is true and correct.

5/07/07
_____
Date                              Signature of Applicant

**TICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, soner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during ast six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

## ORDER OF THE COURT

| application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| Colla Koll-Kelly  5/21/07 | |
| United States Judge        Date | United States Judge        Date |

# CIVIL COVER SHEET
JS-44
(Rev.1/05 DC)

**F(a) PLAINTIFFS** UJUCHRIS OKEREH

COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF P. George's
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
12107 WOODWIND LN
MITCHELLVILLE
MD 20721-4128

**DEFENDANTS** DR. DONALD C. WINTER SECRETARY, DEPT. OF THE NAVY

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01552
Assigned To : Leon, Richard J.
Assign. Date : 8/31/2007
Description: Employ. Discrim.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZEN
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State |  |  | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ☐ G. Habeas Corpus/ 2255 | ☐ Employment Discrimination | ☐ I. FOIA/PRIVACY ACT | ☐ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ K. Labor/ERISA (non-employment) | ☐ L. Other Civil Rights (non-employment) | ☐ M. Contract | ☐ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ Multi district Litigation | ☐ 7Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

42 USC 2000

DISCRIMINATION: RACE, COLOR, NATIONAL ORIGIN & UNLAWFULL EMPT TERMINATION

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS<br>☐ ACTION UNDER F.R.C.P. 23 | DEMAND $ | Check YES only if demanded in complaint<br>JURY DEMAND ☒ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

DATE 8/31/07  SIGNATURE OF ATTORNEY OF RECORD _[signature]_

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.        COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

    VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

# ATTACHMENT
# D

MAR-03-2008  15:21    GMC LPO                                    703 695 8891      P.11

**PART — Appellant and Agency Information**

Please type or print legibly.

**1. Name** *(last, first, middle initial)*

Okereh, Ujuchris

**2. Present address** *(number and street, city, State, and Zip code)*
You must notify the Board in writing of any change in your mailing address while your appeal is pending.

Address: 12107 Woodwind La.

City, State, Zip code: Mitchellville, MD  20721

**3. Telephone Numbers** *(include area code)* **and E-Mail Address**
You must notify the Board in writing of any change in your telephone number(s) or e-mail address while your appeal is pending

Home: ( )     Work: ( )     FAX: ( )     Other: (30) - 345 - 6289

E-mail Address:

**4. Name and address of the agency that took the action or made the decision you are appealing** *(include bureau or division, street address, city, State and Zip code)*

Agency Name: Department of the Navy

Bureau: United States Marine Corps.

Address: 2 Navy Annex

City, State, Zip code: Washington, DC 20380-1775

**5. Your Federal employment status at the time of the action or decision you are appealing:**

[✓] Permanent    [ ] Temporary    [ ] Term

[ ] Seasonal    [ ] Applicant    [ ] Retired

[ ] None

**6. Type of appointment** *(if applicable):*

[✓] Competitive    [ ] Excepted

[ ] Postal Service    [ ] SES

[ ] Other *(describe)*:

RECEIVED 2007 APR -3 AM 9:30 MSPB WRI

**7. Your position, title, grade, and duty station at the time of the action or decision you are appealing** *(if applicable):*

Occupational Series:

Grade: GS-13

Position Title: Logistics Management Specialist

Duty Station: Arlington / Arlington / Virginia

**8. Are you entitled to veterans' preference?**
See 5 U.S.C. 2108.

[ ] Yes    [✓] No

**9. Length of Government service** *(if applicable):*

9 ½ years

**10. Were you serving a probationary or trial period at the time of the action or decision you are appealing?**

[ ] Yes    [✓] No

MSPB Form 185, Page 3 (07/03)
5 C.F.R. Parts 1201, 1208 and 1209

Enclosure (2)

D

**PART 1 – Appellant and Agency Information (continued)**

**HEARING:** You may have a right to a hearing before an administrative judge. If you choose to have a hearing, the Board will notify you when and where it is to be held. If you do not want a hearing, the Board will make its decision on the basis of the submissions of the parties.

**11. Do you want a hearing?**  [✓] Yes          [ ] No

**12.** I certify that all of the statements made in this form and any attachments are true, complete, and correct to the best of my knowledge and belief.

Signature of Appellant or Representative: _____     Date: _____

                                                                    **3/31/06**

Agency Personnel Action Decisions (not in full 2(5)2 term)

**13.** Check the box that best describes the agency personnel action or decision you are appealing. (If you are appealing more than one action or decision, check each box that applies.) Attach a copy of the proposal letter and decision letter (if any). If an SF-50 or its equivalent was issued and is available, attach it now; however, DO NOT delay filing your appeal because you do not have an SF-50. You may submit the SF-50 when it becomes available.

[✓] Removal                        [ ] Reduction in grade or pay                [ ] Suspension for more than 14 days

[ ] Separation, demotion, or furlough for more than 30 days by reduction in force (RIF)

[ ] Furlough of 30 days or less                                          [ ] Termination during probationary period

[ ] Failure to restore/reemploy/reinstate or improper restoration/reemployment/reinstatement

[ ] Negative suitability determination                                   [ ] Denial of within-grade increase

[ ] Other action, *describe*:

| **14.** Date you received the agency's proposal letter (if any) *(month, day, year)* (Attach a copy): | **15.** Date you received the agency's final decision letter (if any) *(month, day, year)* (Attach a copy): | **16.** Effective date (if any) of the agency action or decision *(month, day, year)*: |
|---|---|---|
| 01 / 19 / 2006 | 03 / 03 / 06 | 03 / 07 / 2006 |

**17.** Prior to filing this appeal, did you and the agency mutually agree in writing to try to resolve the matter through an alternative dispute resolution (ADR) process?

[ ] Yes *(Attach a copy of the agreement)*          [✓] No

MAR-03-2008  15:22          WMC LPU                            703 695 8891        P.13

**PART 2 - Agency Personnel Action or Decision (non-retirement)**
**(continued)**

18. Explain briefly why you think the agency was wrong in taking this action or making this decision.

    See Exhibit 3.

19. What action would you like the Board to take in this case (i.e., what remedy are you asking for)?

    I would like the Board to deny the request for removal in it's entirety. I also request that the unacceptable evaluation, along with the proposal for removal be stricken and/or removed from my personnel folder and not be allowed to be considered in any future matters.

20. With respect to the agency personnel action or decision you are appealing, have you, or has anyone on your behalf, filed a grievance under a negotiated grievance procedure provided by a collective bargaining agreement?

[ ] Yes                    [X] No

If "Yes," attach a copy of the grievance, enter the date it was filed *(month, day, year)*, and enter the place where it was filed if different from your answer to question 4 in Part 1:

Agency Name:                              Date Filed:

Bureau:

 ddress:

City, State, Zip code:

If a decision on the grievance has been issued, attach a copy of the decision and enter the date it was issued *(month, day, year)*:

21. In which retirement system are you enrolled?

[ ] CSRS        [ ] CSRS Offset        [ ] FERS

[ ] Other, *describe:*

22. Are you a:

[ ] Current Employee              [ ] Annuitant

[ ] Surviving Spouse

[ ] Other, *describe:*

**PART 2 – OPM or Agency Retirement Decision or Action (continued)**

| 23. If retired, date of retirement (month, day, year): | 24. Are you appealing an action or decision concerning a retirement coverage error under the provisions of the Federal Erroneous Retirement Coverage Corrections Act (FERCCA)?  [ ] Yes          [ ] No |

25. Describe the retirement decision or action you are appealing.

**Answer either Question 26 OR Question 27, whichever applies to your appeal.**

26. If you are appealing an OPM retirement decision, have you received a final or reconsideration decision from OPM?

　　[ ] Yes *(Attach a copy)*          [ ] No

If "Yes," on what date did you receive the OPM decision *(month, day, year)*?

27. If you are appealing a retirement decision or action by a Federal agency other than OPM, have you received a final decision from that agency?

　　[ ] Yes *(Attach a copy)*          [ ] No

If "Yes," on what date did you receive the agency decision *(month, day, year)*?

Please provide the 10-digit Claim Number from the first page of the OPM final decision. [ _ _ _ _ _ _ _ _ _ _ ]

28. Why do you think the decision or action was wrong?

29. What action would you like the Board to take in this case (i.e., what remedy are you asking for)?

**PART 3 – Other Claims**

## PART 4 - Other Claims
## (continued)

30. Check the appropriate box (or boxes) for any claim(s) that you wish to raise at this time in connection with the action or decision you are appealing in Part 2 or Part 3, and provide supporting information as an attachment to this form:

[ ] A claim that the agency made errors in applying required procedures (harmful error), that the agency action or decision was the result of a prohibited personnel practice, or that the agency action or decision was not in accordance with law. See **5 C.F.R. 1201.56(b)** and (c)(3). For prohibited personnel practice claims, also see **5 U.S.C. 2302(b)**.

[✓] A claim that the agency action or decision was the result of prohibited discrimination (race, color, religion, sex, national origin, disability, age). See **5 C.F.R. 1201.151** and **1201.153**. If you previously filed a formal discrimination complaint with the agency concerning the action or decision you are appealing, attach a copy of the complaint. If the agency has issued a final decision on your discrimination complaint, attach a copy of the decision.

[ ] A claim that the agency action or decision was based on whistleblowing. See **5 U.S.C. 2302(b)(8)**, **5 C.F.R. 1209.2**(b)(2), and **5 C.F.R. 1209.6(a)**. If you previously sought corrective action from the Office of Special Counsel (OSC) concerning the same disclosure(s) and the same agency action or decision you are appealing, attach a copy of your request to OSC for corrective action. If you have received written notice from OSC of your right to appeal to the Board, attach a copy of the OSC notice. Also see **5 C.F.R. 1209.8** and **1209.9** if you wish to request a stay of the agency action or decision.

[ ] A claim that the agency violated your rights under the Uniformed Services Employment or Reemployment Rights Act (USERRA) (other than rights related to the Thrift Savings Plan for Federal employees) in taking the action or making the decision. See **38 U.S.C. 4322** and **4324**, **5 C.F.R. 1208.11**, and **5 C.F.R. 1208.13**. If you previously filed a USERRA complaint with the Department of Labor (DOL) on this matter, attach a copy of the complaint. If you have received written notice from DOL that your USERRA complaint could not be resolved, attach a copy of the DOL notice.

[ ] A claim that the agency violated a law or regulation relating to veterans' preference in taking the action or making the decision. **IMPORTANT:** If you choose to make your veterans' preference claim in connection with this appeal of an agency action or decision, you may NOT also file a complaint under the redress procedure of the Veterans Employment Opportunities Act (VEOA) with DOL. See **5 U.S.C. 3330a(e)** and **5 C.F.R. 1208.26**.

PART 5 - IRA Appeal, USERRA Appeal, or VEOA Appeal

31. Have you exhausted OSC procedures with respect to your whistleblower complaint, i.e., with respect to the same disclosure(s) and the same agency action or decision underlying your IRA appeal?        [ ] Yes      [ ] No

If "Yes," attach a copy of your complaint to OSC, provide the information required by the Board's regulations at **5 C.F.R. 1209.6(a)** as an attachment to this form, and explain what action you would like the Board to take in this case. If you have received written notice from OSC of your right to file an IRA appeal with the Board, attach a copy of the OSC notice. Also see **5 C.F.R. 1209.9** if you wish to request a stay of the agency action or decision.

Answer this question ONLY if you are filing a USERRA appeal.

32. Have you previously filed a USERRA complaint with DOL on this matter?    [ ] Yes    [ ] No

If "Yes," attach a copy of your USERRA complaint to DOL, provide the information required by the Board's regulations at 5 C.F.R. 1208.13(a) as an attachment to this form, and explain what action you would like the Board to take in this case. If you have received written notice from DOL that your USERRA complaint could not be resolved, attach a copy of the DOL notice. If your USERRA complaint was referred to OSC and OSC declined to represent you, attach a copy of the OSC notice. If OSC is representing you in your USERRA appeal, complete Part 6.

If "No," provide the information required by the Board's regulations at 5 C.F.R. 1208.13(a) as an attachment to this form, and explain what action you would like the Board to take in this case.

Answer this question ONLY if you are filing a VEOA appeal.

33. Have you filed a VEOA complaint with DOL and allowed DOL at least 60 days to try to resolve this matter?    [ ] Yes    [ ] No

If "Yes," attach a copy of your VEOA complaint to DOL, provide the information required by the Board's regulations at 5 C.F.R. 1208.23(a) as an attachment to this form, and explain what action you would like the Board to take in this case. If you have received written notice from DOL that your VEOA complaint could not be resolved, attach a copy of the DOL notice and provide the date you received it. If more than 60 days have passed since you filed your VEOA complaint with DOL and your complaint has not been resolved, attach a copy of your notice to DOL stating your intent to appeal to the Board and provide the date you sent it to DOL.

PART 6 - Designation of Representative

34. Do you wish to designate an individual or organization to represent you in this proceeding before the Board? (You may designate a representative at any time. However, the processing of your appeal will not normally be delayed because of any difficulty you may have in obtaining a representative.)

[✓] Yes (Complete the information below and sign)    [ ] No

**DESIGNATION:**

"I hereby designate _A.P. Pishevar, Esq._ to serve as my representative during the course of this appeal. I understand that my representative is authorized to act on my behalf. In addition, I specifically delegate to my representative the authority to settle this appeal on my behalf. I understand that any limitation on this settlement authority must be filed in writing with the Board.

| Representative's address (number and street, city, State and ZIP code). | Representative's telephone numbers (include area code) and e-mail address: |
|---|---|
| Address: 600 East Jefferson St, Suite 316 | Office: (301) - 279 - 8773 |
| City, State, Zip code: Rockville, MD 20852 | FAX: (301) - 279 - 7347  Other: |
|  | E-mail address: Afshin@hyperoffice.com |

**SIGN BELOW TO MAKE YOUR DESIGNATION OF REPRESENTATIVE EFFECTIVE**

_____        MARCH 22, 2006
Appellant's Signature                            Date

MSPB Form 185, Page 8 (07/03)
5 C.F.R. Parts 1201, 1208 and 1209

# ATTACHMENT
# E

APR-14-2006  12:45    FROM MCNCRC HQMC              703 697 7682    P.02
                                                   1-301-279-3222    p.3

## FORMAL COMPLAINT OF DISCRIMINATION

(Agency Use Only)
AGENCY DOCKET NO.
DON-

**1. Name of Complainant (Last, First, MI)**

Okereh, Ujuchris

**2. Are you being represented?**

☒ **YES** (If so, complete 2a-2c below)

☐ **NO** (Continue with Question No. 3

**1a. Address (incl: City, State, Zip)+**

12107 Woodwind La.

Mitchellville, MD
                20721

**2a. Name of Representative**

A. P. Pishevar, Esq.

**2b. Address (incl: City, State, Zip)**
600 East Jefferson St.
Suite 316
Rockville, MD 20852

**1b. Home Telephone (incl: area code)**

(302)-345-6289

**2c. Work Telephone (incl: area code)**

Comm: (301) 279-8773-
DSN:

**3. Are you now working for the Department of Navy?**

☐ YES (Complete 3a-3b)
☒ NO (Continue with Question No. 4)

**3a. Name of Activity where you work:**

N/A

**3b. Street Address of your activity (incl: City, State, Zip)**

N/A

**4. Present Job Title, Series and Grade:**

Department of the Navy

**5. Name and address of Navy Activity you believe discriminated against you (if different from 3a-3b):** U.S. Marine Corps.

Department of the Navy
2 Navy Annex
Washington, DC
                20380-1775

**6. Date(s) on which most recent alleged discrimination occurred:**

Month   March                  Day  6                     Year  2006

A.

HPR-14-2006  12:45    FROM MCNCRC HQMC                703 697 7682    P.03

## FORMAL COMPLAINT OF DISCRIMINATION

(Agency Use Only)
AGENCY DOCKET NO.
DON-

You believe you were discriminated against on the basis of your:
(Check below)

| | | | |
|---|---|---|---|
| ☒ | **RACE** (If so, state your race) Nigerian/African American | ☒ | **NATIONAL ORIGIN** (If so, state origin) Nigerian |
| ☒ | **COLOR** (If so, state your color) Black | ☐ | **SEX**    Male    Female |
| ☐ | **RELIGION** (If so, state your religion) | ☐ | **AGE**    Date of Birth |
| ☐ | **DISABILITY** (Please describe) Mental                                   Physical | | |
| ☐ | **REPRISAL** (If so, date and description of prior protected activity) | | |

8. Have you discussed your complaint with an EEO Counselor?

☒ YES    ☐ NO

Name of Counselor: Joyce M. Perry

Date of Initial EEO Contact: 01/31/2006

Date of Final Interview: 03/31/2006

9. **EXPLAIN SPECIFICALLY HOW YOU WERE DISCRIMINATED AGAINST** (That is, treated differently from other employees or applicants, because of your race, color, religion, sex, national origin, age, mental or physical disability, or reprisal.) (If your complaint involves more than one allegation, list and number each allegation separately and furnish specific, factual information in support of each.)

Allegation No. 1 (include basis(es) (See Question No. 7):

See attached

(Use additional sheets if necessary)

FORMAL COMPLAINT OF DISCRIMINATION

**(Agency Use Only)**
**AGENCY DOCKET NO.**
DON-

---

10.  WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT? (If your complaint involves more than one allegation, state corrective action desired for each separate allegation.) The removal to be reversed as well as the unacceptable evaluation to be stricken and/or removed from his personnel folder and not be allowed to be considered in any further matters

---

11.  WITH REGARD TO THE ALLEGATIONS DESCRIBED IN Question No. 9, HAVE YOU:

☐ filed a grievance through the negotiated grievance procedure? If so, date filled _____.

☒ filed an appeal with the Merit Systems Protection Board? If so, date filed April 3, 2006 _____.

☐ filed a civil action in U.S. District Court? If so, date filed _____.

---

| Signature of Complainant | 13. Date Signed |
|---|---|
| | APRIL 13, 2006 |

TO BE COMPLETED BY THE ACTIVITY

---

14a.  Received by:

_____
            (Signature)

b. Typed Name & Title

c. Activity Name and Address:

d. Telephone (incl: area code)

   Comm: _____

   DSN _____

15.  Complaint was:

☐ Mailed:

Postmark date _____

Received date _____

☐ Hand Delivered:

   Date _____

---

## FORMAL COMPLAINT OF DISCRIMINATION

### (ATTACHMENT TO QUESTION No. 9)

is black and of Nigerian origin. His supervisors, Lt. Col Eskelund
an persistently and throughout the course of his employment, engaged
gainst him based on his race, skin color, and national origin. Mr.
ly person of Nigerian origin, the only person to whom English was a
nd the only black civilian employee in the office.

## tracism from Workplace Social Functions and Casual Interactions

his employment, Mr. Okereh was consistently and deliberately
luded from social functions in the workplace, as well as made feel that
office and in casual conversations with colleagues was unwelcome.
and Lt. Col. Freeman frequently socialized with others and with each
knowledged Mr. Okereh's presence. In fact, Lt. Col. Eskelund would
Mr. Okereh's greetings, while always exchanging pleasantries with
e.

kelund and Lt. Col. Freeman would often ignore Mr. Okereh when he
ipate in casual conversations with other office employees. On several
Eskelund and Lt. Col. Freeman would cut Mr. Okereh off or would
know?" in response to his comments.

was also deliberately excluded from participation in the office holiday
monly known as "Secret Santa". While everyone else in the office
party and assigned a role in the gift exchange, Mr. Okereh was not.

's past work record evidences an ability to get along well with other
rticipate socially in the workplace culture. He is not an introvert and
welcomed the opportunity to socialize with his colleagues. Lt. Col.
ol. Freeman encouraged, through their own behavior, an exclusion of
he collegial and occasionally informal atmosphere of the office on the
kin color and national origin.

## ammatical and Spelling Revisions

one occasion Lt. Col. Eskelund drafted and revised a document in his
kereh present. Lt. Col. Freeman would then proceed to make excessive
nar, and make stylistic changes to the wording of the document, not
ocument was the product of Lt. Col. Eskelund's effort as well, and not
Okereh. The excessive revisions were unwarranted since Lt. Col.
ient English speaker, drafted the document, and therefore, they were

made solely as a result of Lt. Col. Freeman's discriminatory attitude toward Mr. Okereh Nigerian origin.

## The Proposal For Removal is Unwarranted and Itself, Discriminatory

The removal itself constitutes an application of a different standard to Mr. Okereh because of his race and national origin, than to other employees. Lt. Col. Eskelund and Lt. Col. Freeman often took issue with Mr. Okereh's grammatical and spelling errors in his emails and memorandums. Mr. Okereh's professional strengths are not grounded in his English grammar and spelling skills, but this is also not a prerequisite of his position. In fact, Mr. Okereh's accent was obvious to the interviewing committee that recommended him for the position, and they never asked him to provide a writing sample to demonstrate an error free ability to draft documents in the English language.

Certainly Lt. Col. Eskelund has had to make corrections on other employees' work and if Lt. Col. Freeman's unwitting revision of Lt. Col. Eskelund's work is any indication, grammar and stylistic arrangements of words are often subjective to the drafter. The Proposal for Removal based on the linguistic mistakes made by Mr. Okereh, due to English skills, is motivated by discrimination based on race and national origin.

## Mockery of Accent

On at least one occasion, Lt. Col. Freeman would enter Lt. Col. Eskelund's office, shut the door, and speak in a way intended to imitate and mock the accent of Mr. Okereh. Mr. Okereh's work-space was located adjacent to Lt. Col. Eskelund's office and he could hear Lt. Col. Freeman and Lt. Col. Eskelund laughing at his expense. The mockery of Mr. Okereh's accent by Lt. Col. Eskelund and Lt. Col. Freeman is a specific example of discrimination against Mr. Okereh on the basis on his race and national origin.

## Meeting on or about June, 2005

On or about June, 2005, Lt. Col. Eskelund and Lt. Col. Freeman called Mr. Okereh into his office to tell him that they will be giving him an unacceptable review and to let him know that they are not comfortable working with him and do not want to work with him.

# ATTACHMENT

# F

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) OKEREH UJUCHAS NMN | 2. Social Security Number 464778857 | 3. Date of Birth 03-10-1967 | 4. Effective Date 03-06-2005 |
|---|---|---|---|

| 5-A. Code 330 | 5-B. Nature of Action Removal | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 5-C. Code GHM | 5-D. Legal Authority Reg 432.101 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number LOGISTICS MGMT SPEC 25448-142889 | 15. TO: Position Title and Number |
|---|---|

| 8.Pay Plan GS | 9.Occ. Code 0346 | 10.Grade/Level 13 | 11.Step/Rate 02 | 12. Total Salary $79,931.00 | 13. Pay Basis PA | 16.Pay Plan | 17. Occ Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay $68,026.00 | 12B. Locality Adj. $11,905.00 | 12C. Basic Pay $79,931.00 | 12D. Other Pay $0.00 | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |

| 14. Name and Location of Position's Organization INSTALLATIONS & LOGISTICS DEPARTMENT LOG PLANS, POLICIES/STRAT MOBILITY DIV HQ MARINE CORPS WASHINGTON DC 20380 | 22. Name and Location of Position's Organization K466627LP |
|---|---|

| 23. Veterans Preference 1 | 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other 2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 24. Tenure 1   0 - None   2 - Conditional 1 - Permanent   3 - Indefinite | 25. Agency Use | 26. Veterans Pref for RIF ☐ YES   ☒ NO |
|---|---|---|---|---|
| 27. FEGLI 23 | Basic + Option B (5x) + Option A + Option C (5x) | 28. Annuitant Indicator 9   Not Applicable | | 29. Pay Rate Determinant 0 |
| 30. Retirement Plan K   FERS and FICA | 31. Service Comp. Date (Leave) 09-13-1988 | 32. Work Schedule F   Full-Time | | 33.Part-Time Hours Per Biweekly Pay Period |

| 34. Position Occupied 1   1 - Competitive Service   3 - SES General 2 - Excepted Service   4 - SES Career | 35. FLSA Category E   E- Exempt   N - Nonexempt | 36. Appropriation Code NAVY   92498/M7 | 37. Bargaining Unit Status 7777 |
|---|---|---|---|
| 38. Duty Station Code 510100013 | 39. Duty Station (City - County - State or Overseas Location) ARLINGTON / ARLINGTON / VIRGINIA | | |

| 40. AGENCY DATA | 41. UIC: 00027 | 42. ORG CODE: LP | 43. COST CNTR: 868P | 44. PAYROLL OFF ID: CH   LOC ID: |
|---|---|---|---|---|

45. Remarks

Forwarding address: P O Box 26395, Wilmington, DE 19899-6395.  Reason(s) for removal: Unacceptable performance in accordance with 5 USC 43 and 5 CFR Part 432.  Lump-sum payment to be made for any unused annual leave.  SF 2819 was provided. Life insurance coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).  Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).You are also eligible for temporary continuation of your FEHB coverage for up to 18 months.  Not entitled to severance pay.  SF 8 provided.

| 46. Employing Department or Agency U.S. Marine Corps (NV27) | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| 47. Agency Code NV27 | 48. Personnel Office ID 2413 | 49. Approval Date 03-13-2008 | Glenn M. Upthegrove HR ASST(MA) |

TURN OVER FOR IMPORTANT INFORMATION

5 - Part

1 - Employee Copy - Keep For Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238





Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| OKEREH, UJUCHRIS NMN | 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 | 03-10-1957 | 02-22-2004 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code **002** | 5-B. Nature of Action **Correction** | 6-A. Code **721** | 6-B. Nature of Action **Reassignment** |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code **N3M** | 6-D. Legal Authority **Reg 335.102 Comp** |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | LOGISTICS MGMT SPEC |
| | 2.5548 – 132885 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0346 | 12 | 01 | $60,638.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $52,899.00 | $7,739.00 | $60,638.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | INSTALLATIONS & LOGISTICS DEPARTMENT |
| | LOG PLANS, POLICIES/STRAT MOBILITY DIV |
| | HQ MARINE CORPS WASHINGTON DC 20380 |

| EMPLOYEE DATA | | | |
|---|---|---|---|
| 23. Veterans Preference **1** | 1 – None  2 – 5-Point  3 – 10-Point/Disability  4 – 10-Point/Compensable  5 – 10-Point/Other  6 – 10-Point/Compensable/30% | 24. Tenure **1** | 0 – None  2 – Conditional  1 – Permanent  3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF  YES  [X] NO |
| 27. FEGLI **Y5** | Basic + Option B (5x) + Option C (5x) | 28. Annuitant Indicator **9** | Not Applicable | | 29. Pay Rate Determinant **0** |
| 30. Retirement Plan **K**  FERS and FICA | | 31. Service Comp. Date (Leave)  09-13-1998 | 32. Work Schedule **F**  Full-Time | | 33. Part-Time Hours Per Biweekly Pay Period |

| POSITION DATA | | | |
|---|---|---|---|
| 34. Position Occupied **1** | 1 – Competitive Service  2 – Excepted Service  3 – SES General  4 – SES Career Reserved | 35. FLSA Category **E** | E – Exempt  N – Nonexempt | 36. Appropriation Code  **NAVY** 92498/M7 | 37. Bargaining Unit Status **7777** |
| 38. Duty Station Code  510100013 | | 39. Duty Station (City – County – State or Overseas Location)  ARLINGTON / ARLINGTON / VIRGINIA | | | |
| 40. Agency Data | 41. UIC: 00027 | 42. ORG: LP | 43. CC: 868P | 44. PAY OFF: CH/LOC ID: |

45. Remarks

Corrects Item 20 AND 20C from 59,302.00.

Corrects Item 20A from 52,281.00.

Corrects Item 20B from 7,021.00.

| 46. Employing Department or Agency  U.S. Marine Corps (NV27) | | 50. Signature/Authentication and Title of Approving Official  Merlene R. Arrington  HUMAN RESOURCES ASSISTANT (OA) | |
|---|---|---|---|
| 47. Agency Code  NV27 | 48. Personnel Office ID  2413 | 49. Approval Date  04-13-2004 | |

1-Employee Copy-Keep For Future Reference



Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) OKEREH, UJUCHRIS NMN | | 2. Social Security Number 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 | 3. Date of Birth 03-10-1957 | 4. Effective Date 02-22-2004 |
|---|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code **721** | 5-B. Nature of Action **Reassignment** | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code **N3M** | 5-D. Legal Authority **Reg 335.102-Comp** | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | | | | | | 15. TO: Position Title and Number LOGISTICS MGMT SPEC 25548 – 132885 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan **GS** | 17. Occ. Code **0346** | 18. Grade/Level **12** | 19. Step/Rate **01** | 20. Total Salary/Award **$59,302.00** | 21. Pay Basis |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay **$52,281.00** | 20B. Locality Adj. **$7,021.00** | 20C. Adj. Basic Pay **$59,302.00** | 20D. Other Pay **$0** | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization INSTALLATIONS & LOGISTICS DEPARTMENT LOG PLANS, POLICIES/STRAT MOBILITY DIV HQ MARINE CORPS WASHINGTON DC 20380 |
|---|---|

| 23. Veterans Preference **1** 1 – None  2 – 5-Point  3 – 10-Point/Disability  4 – 10-Point/Compensable  5 – 10-Point/Other  6 – 10-Point/Compensable/30% | 24. Tenure **1** 0 – None  1 – Conditional  2 – Permanent  3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF ☐ YES  ☒ NO |
|---|---|---|---|
| 27. FEGLI **Y5** Basic + Option B (5x) + Option C (5x) | 28. Annuitant Indicator **9** Not Applicable | | 29. Pay Rate Determinant **0** |
| 30. Retirement Plan **K** FERS and FICA | 31. Service Comp. Date (Leave) 09-13-1998 | 32. Work Schedule **F** Full-Time | 33. Part-Time Hours Per Biweekly Pay Period |

| 34. Position Occupied **1** 1 – Competitive Service  2 – Excepted Service  3 – SES General  4 – SES Career Reserved | 35. FLSA Category **E** E – Exempt  N – Nonexempt | 36. Appropriation Code NAVY  92498/M7 | 37. Bargaining Unit Status **7777** |
|---|---|---|---|
| 38. Duty Station Code 510100013 | 39. Duty Station (City – County – State or Overseas Location) ARLINGTON / ARLINGTON / VIRGINIA | | |
| 40. Agency Data | 41. UIC: 00027 | 42. ORG: LP | 43. CC: 868P | 44. PAY OFF: CH/LOC ID: |

**45. Remarks**

Selected from EAST0346CNC12(00027–110703)–TG, dated 14–NOV–2003.

Full performance level of employee's position is GS–13.

OPF maintained by HRSC EAST NNSY BLDG 17 PORTSMOUTH VA 23709.

Elected not to enroll for health benefits.

Creditable Military Service: 00 YR, 00 MO

Frozen Service: 00 YR, 00 MO

All information subject to verification upon receipt of Official Personnel Folder.

Completed service requirement for career tenure.

| 46. Employing Department or Agency U.S. Marine Corps (NV27) | | 50. Signature/Authentication and Title of Approving Official Muriel M. Daughtry HR ASST(OA) |  |
|---|---|---|---|
| 47. Agency Code NV27 | 48. Personnel Office ID 2413 | 49. Approval Date 03-05-2004 | |